Ann Boyd, Appellant, v. People of State of Illinois, Appellee.

opinion filed October 27, 1944; released for publication November 27, 1944. Henry B. Eaton, for appellant; C. W. Burton, State's Attorney, for appellee; L. G. George, Assistant State's Attorney, of counsel. Opinion by PRESIDING JUSTICE BRISTOW. Not to be published in full.